**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| LAVITA THOMAS-WELLS, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION № 6:14-CV-526    (JDL) |
| | § | |
| TYLER INDEPENDENT SCHOOL DISTRICT, | § | |
| *Defendant.* | § | |

# DEFENDANT'S PRETRIAL TIME ESTIMATES

TO THE HONORABLE JOHN D. LOVE:

COMES NOW Tyler Independent School District ("Defendant" or the "District"), pursuant to the Court's Docket Control Order of October 14, 2015 (Doc. No. 50), and respectfully files its estimates of the amounts of time requested for trial matters. Defendant estimates the following:

1. voir dire – 30-45 minutes;

2. opening statement – 20 minutes;

3. direct and cross-examination of parties and witnesses – 8 hours; and

4. closing arguments – 30 minutes.

Respectfully submitted,

By: /s/ *John C. Hardy*
    JOHN C. HARDY, Lead Attorney
    State Bar No. 08992500
    JOHN M. HARDY
    State Bar No. 24059897
    RANDALL J. COOK
    State Bar No. 04744660

Of:
HARDY COOK & HARDY, P.C.
2080 Three Lakes Parkway
Tyler, Texas 75703
(903) 561-8400
(903) 561-8228 (fax)
***Attorneys For Defendant***

CERTIFICATE OF SERVICE

    I certify that on the __20th__ day of January, 2016, a true and correct copy of the foregoing document was served by United States first class mail, certified, return receipt requested, with proper postage affixed and addressed as follows:

LaVita Thomas-Wells, *pro se*
3217 Rolling Hills Drive
Tyler, TX 75702.

    /s/ *John C. Hardy*
    John C. Hardy