**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **LaVITA THOMAS-WELLS,** *Plaintiff* | § § § § | |
| vs. | § | **CIVIL ACTION NO. 6:14-cv-526** |
| **TYLER INDEPENDENT SCHOOL DISTRICT,** *Defendant*. | § § § § § | |

## ORDER

The Court held a pretrial conference on this day, which has been scheduled since May 22, 2015. Doc. Nos. 24, 25, 48, & 50. Plaintiff failed to appear for the pretrial conference and did not inform the Court of her inability to attend.

This case has been set for jury trial since October 14, 2015, and trial will begin as scheduled on February 8, 2016 at 9:00 a.m. Doc. No. 48. The Court will address any remaining pretrial matters at that time. However, in the event that Plaintiff fails to appear for the trial on February 8, 2016 without affording the Court a compelling excuse, this case will be dismissed.

The Court **ORDERS** the parties to submit (1) any voir dire questions they wish the Court to ask and (2) proposed jury instructions no later than February 3, 2016.

Further, the Court **ORDERS** the parties to comply with the following trial times:

- Voir Dire: 10 minutes
- Opening Statements: 20 minutes
- Direct and Cross-Examination of parties and witnesses: 5 hours
- Closing Arguments: 30 minutes

**So ORDERED and SIGNED this 28th day of January, 2016.**

*[Signature]*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE